```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

FILED
AUG 1 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>       Plaintiff,  )<br>            )<br>       v.   )<br>            )<br>TAHIRAH LOCKETT,   )<br>            )<br>       Defendant.  )<br>_____) | 1:06-cr-00202 AWI<br><br>REQUEST BY THE UNITED STATES TO PROVIDE REDACTED COPY OF INDICTMENT TO TAHIRAH LOCKETT |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, and request leave of the Court to provide a redacted copy of the Criminal Indictment in the above-referenced matter as to TAHIRAH LOCKETT. (Attached hereto as Exhibit A). The government further requests that the original indictment remain sealed.

DATED: August 18, 2006                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                   By     /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: August 18, 2006                    _____
                                          Hon. ~~SANDRA M. SNYDER~~
                                          U.S. Magistrate Judge

1

```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KIMBERLY A. KELLY
   | Assistant U.S. Attorney
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1: 06 SW 00202 AWI |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. §§924(c) & 2 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Aiding and Abetting (2 Counts); 18 U.S.C. §§ 922(g)(1) & 2 - Felon in Possession of a Firearm, and Aiding and Abetting (2 Counts); 21 U.S.C. §841(a)(1) & 18 U.S.C. § 2 - Possession With Intent to Distribute a Controlled Substance & Aiding and Abetting (2 Counts) |
| v. | ) | |
| TAHIRAH LOCKETT, and ▓▓▓▓▓▓▓▓▓▓ | ) | |
| Defendants. | ) | |

I N D I C T M E N T

COUNT ONE:   [18 U.S.C. §§924(c) & 2 - Possession of Firearms in Furtherance of a Drug Trafficking Crime] and Aiding and Abetting]

The Grand Jury charges: T H A T

TAHIRAH LOCKETT, and
▓▓▓▓▓▓▓▓▓▓

defendants herein, on or about October 25, 2005, in the County of Fresno, State and Eastern District of California and elsewhere, did intentionally and knowingly possess, carry, and use a firearm,

1  to wit, a Sturm, Ruger, model P89, caliber 9mm semi-automatic
2  pistol, serial number 315-07208, during, in relation to, and in
3  furtherance of a drug trafficking offense, to wit, possession with
4  intent to distribute marijuana, in violation of Title 21, United
5  States Code, Section 841(a)(1), and did aid and abet the same.
6      All in violation of Title 18 United States Code, Sections
7  924(c) and Section 2.
8  COUNT TWO: [18 U.S.C. §§924(c) & 2 - Possession of Firearms and
          in Furtherance of Drug Trafficking and Aiding and
9            Abetting]
10     The Grand Jury further charges: T H A T



11
12
13 defendants herein, on or about May 5, 2006, in the County of
14 Fresno, State and Eastern District of California and elsewhere,
15 did intentionally and knowingly possess, carry, and use a firearm,
16 to wit, a Hi-Point, model C9, 9mm caliber, semi-automatic pistol,
17 serial number P1251791, during, in relation to, and in furtherance
18 of a drug trafficking offense, to wit, possession with intent to
19 distribute marijuana, in violation of Title 21, United States
20 Code, Section 841(a)(1) and did aid and abet the same.
21     All in violation of Title 18 United States Code, Sections
22 924(c) and 2.
23 ///
24 ///
25 ///

COUNT THREE: [21 U.S.C. §§841(a)(1) & 18 U.S.C. §2 - Possession With Intent to Distribute A Controlled Substance (Marijuana), and Aiding and Abetting]

The Grand Jury further charges: T H A T

TAHIRAH LOCKETT, and ▓▓▓▓▓▓▓▓▓▓

defendants herein, on or about October 25, 2005, in the County of Fresno, State and Eastern District of California and elsewhere, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance, and aided and abetted the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT FOUR: [18 U.S.C. §§ 922(g)(1) & 2 - Possession of a Firearm by a Felon, and Aiding and Abetting]

The Grand Jury further charges: T H A T

▓▓▓▓▓▓▓▓▓▓ TAHIRAH LOCKETT,

defendants herein, on or about October 25, 2005, in the County of Fresno, State and Eastern District of California and elsewhere, did possess a firearm after having been convicted of a crime punishable by more than a year imprisonment, in that ▓▓▓▓▓ having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a 2001 conviction for possession or purchase of narcotics for sale in Fresno County Superior Court, and a 1997 conviction for transportation or selling narcotics and possession or purchase of cocaine base for sale in Fresno County Superior Court, did knowingly possess a firearm, to wit, a Sturm, Ruger, model P89, caliber 9mm semi-automatic pistol, serial number

315-07208, which had been shipped and transported in interstate commerce, and Tahirah Locket aided and abetted the same.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE:   [18 U.S.C. § 922(g)(1) & 2 - Possession of a Firearm by a Felon]

The Grand Jury further charges: T H A T



defendants herein, on or about May 5, 2006, in the County of Fresno, State and Eastern District of California and elsewhere, did possess a firearm after having been convicted of a crime punishable by more than a year imprisonment, in that having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a 2001 conviction for possession or purchase of narcotics for sale in Fresno County Superior Court, and a 1997 conviction for transportation or selling narcotics and possession or purchase of cocaine base for sale in Fresno County Superior Court, did knowingly possess a firearm, to wit, a Hi-Point, model C9, 9mm caliber, semi-automatic pistol, serial number P1251791, which had been shipped and transported in interstate commerce, and ▓▓▓▓▓ aided and abetted the same.

All in violation of Title 18, United States Code, Sections 922(g)(1) & 2.

///
///

COUNT SIX: [21 U.S.C. §§841(a)(1) & 18 U.S.C. §2 - Possession With Intent to Distribute A Controlled Substance, and Aiding and Abetting]

The Grand Jury further charges: T H A T

[redacted]

defendants herein, on or about May 5, 2006, in the County of Fresno, State and Eastern District of California and elsewhere, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance and aided and abetted the same.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL,

/S/
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By _____
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

5