| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | TAHIRAH LOCKETT |

**FILED**

SEP 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   No. 1:06-sw-00202 AWI
                                     )
                    Plaintiff,       )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING DATE AND
         v.                          )   [PROPOSED] ORDER THEREON
                                     )
TAHIRAH LOCKETT,                     )   Date:  September 25, 2006
                                     )   Time:  9:00 A.M.
                    Defendant.       )   Judge: Hon. Anthony W. Ishii
                                     )

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for September 11, 2006, may be continued to September 25, 2006, at the hour of 9:00 a.m.**

The continuance is at the request of defense counsel to allow for additional time to receive and review discovery and conduct investigation prior to hearing.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 7, 2006

By: /s/ Kimberly A. Kelly
KIMBERLY A. KELLY
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: September 7, 2006

By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
Tahirah Lockett

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: September 8, 2006

ANTHONY W. ISHII, Judge
United States District Court
Eastern District of California

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                                    2

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-sw-00202 AWI |
| Plaintiff, ) | |
| v. ) | |
| TAHIRAH LOCKETT, ) | |
| Defendant. ) | |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On September 7, 2006, he/she personally served a copy of the original of the attached:

**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; AND [PROPOSED] ORDER THEREON**

upon the Plaintiff and interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

KIMBERLY A. SANCHEZ
Assistant United States Attorney
Federal Building, Room 4-401
2500 Tulare Street
Fresno, CA 93721

DATED: September 7, 2006

_____
AGAPITA BETANCOURT

Stipulation to Continue Status Conference
Hearing; [Proposed] Order