# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

MAR 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** <br> vs. <br> Tahirah Lockett | ) <br> ) <br> )   **Case No.** 06-CR-0202 AWI <br> ) <br> ) |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tahirah Lockett_____ , have discussed with _____Montgomery L. Olson_____ , Pretrial Services Officer, modifications of my release conditions as follows:

Add following condition:

**You shall refrain from ANY use of alcohol and submit to remote alcohol testing as directed by Pretrial Services**.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 03-29-07     _____ 3-29-07
Signature of Defendant    Date        Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____        3-29-07
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        3-29-07
Signature of Defense Counsel        Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 3/29/07 .

☐ The above modification of conditions of release is *not* ordered.

_____        3/29/07
Signature of Judicial Officer        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services