# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 05 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 06-CR-0202 AWI
Tahirah Lockett )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Tahirah Lockett___, have discussed with ___Montgomery L. Olson___, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions of Pretrial Services supervision; third party custody of Vicki Burton; curfew with electronic monitoring; drug and alcohol abstinence, testing, and treatment; travel restriction to Fresno County; and, the condition requiring her to report any prescriptions to Pretrial Services be removed. All other conditions previously imposed not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  06/04/07        _____  6-4-07
Signature of Defendant    Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    6/5/07
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    6/04/07
Signature of Defense Counsel             Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___6/5/07___.
☐ The above modification of conditions of release is *not* ordered.

_____                    6/5/07
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services