IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00202 AWI |
| Plaintiff, | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| v. | ) | MOTION TO DISMISS |
| TAHIRAH LOCKETT, | ) | (Fed. R. Crim. P. 48 (a)) |
| Defendant. | ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to TAHIRAH LOCKETT without prejudice.

IT IS SO ORDERED.

**Dated:    August 27, 2007**           **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE

1